U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT
OCT 15 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEROY GIPSON, JR. | CIVIL ACTION NO. 06-1809 |
| VERSUS | JUDGE WALTER |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **denied**, and his complaint **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___15___ day of ___October___, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE